No. 20,379.

THE FIRST NATIONAL BANK OF GARDEN CITY, *Appellee*, v. E. S. STROUP, *Appellant*.

OPINION DENYING A REHEARING AND MODIFYING JUDGMENT.

Appeal from Saline district court; DALLAS GROVER, judge. Opinion denying a rehearing and modifying judgment filed May 12, 1917. (For original opinion of reversal see *ante*, p. 17.)

*John O. Wilson, J. H. Wilson,* and *Z. C. Millikin,* all of Salina, for the appellant.

*T. L. Bond,* of Salina, *William Easton Hutchison,* and *C. E. Vance,* both of Garden City, for the appellee.

The opinion of the court was delivered by

BURCH, J.: In a petition for a rehearing the statement contained in the opinion, to the effect that if the plaintiff procured the note sued on by fraud the fraud would constitute a defense to the action, is criticised. The statement was a virtual approval of the third instruction to the jury and was correct. Other grounds of the petition for a rehearing are without merit and the petition is denied.

In a motion for modification of the judgment of this court, the plaintiff advises the court that in due time it filed in the district court a motion for a new trial, which has not been acted on because the plaintiff's motion for judgment on the special findings was sustained. Under these circumstances the judgment of this court remanding the cause for judgment in favor of the defendant will be modified to read that the cause is remanded for further proceedings.